IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Coyne International Enterprises Corp., | : | |
| Plaintiff | : | Civil Action 2:13-cv-00448 |
| v. | : | Judge Watson |
| AK Steel Corporation, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

This case was filed inadvertently filed in the Eastern Division of the Southern District of Ohio. The Clerk of Court is DIRECTED to transfer this case to the Western Division for the Southern District of Ohio.

s/Mark R. Abel
United States Magistrate Judge